E. K. Wade (Pro se)
6242 Mariposa Avenue
Citrus Heights, CA 95610
(925) 323-1578

**Attorney for Plaintiff**


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION



| | |
|---|---|
| E. K. Wade, | Case No. CV 17-80152 MISC. |
| Plaintiff, | **DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION TO SUE ELAINE CHAO, ET AL** |
| vs. | |
| ELAINE CHAO, et al, | Date: December 14, 2017 |
| Defendants. | Time: 8:00 a.m. |
| | Courtroom: 8 (19th Floor) |
| | Hon. William H. Alsup |

I, E. K. Wade, declares as follows:

1. I am the Plaintiff in the above-entitled case.

2. I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto.

3. The contact information of the opposing counsel parties is as follows:

**Opposing Counsel Party 1**

Name: Jennifer Wang

Phone number: (415) 436-6967

Address: 450 Golden Gate Avenue, 11th Floor, SF, CA 94102

Email address: Jennifer.s.wang@usdoj.gov

4. I declare under penalty of perjury that the foregoing is true and correct. Executed on December 14th, 2017, in Citrus Heights, California (city, state of signing)

_____*E K Wade*_____ (signature) E. K. Wade

(name) Plaintiff in Pro Per (indicate Plaintiff or Defendant)